JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RENEE E. HALL,<br><br>Plaintiff,<br><br>v.<br><br><br>FCA US LLC, a Delaware Limited Liability Company; and DOES 1 through 10, inclusive,<br><br>Defendant. | CASE NO : 2:17-cv-01823-MRW<br><br><br>[PROPOSED] ORDER GRANTING JOINT STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE<br><br><br>Honorable Michael R. Wilner |

-2-

## ORDER

The Joint Stipulation is approved. The entire action is hereby dismissed with prejudice.

IT IS SO ORDERED.

DATED: __February 1__, 2023

_____
HONORABLE MICHAEL R. WILNER